ROBERT L. HUNT et al., Respondents, v. STATE OF NEW YORK, Appellant. (Claim No. 42077.) — REYNOLDS, J.

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Reynolds, J.